# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150755-56

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS, WAGE AND
HOUR DIVISION and DETROIT
PUBLIC SCHOOLS,
          Respondents-Appellees,

v

STEPHEN CONN, CHRISTAL BONNER,
ENID CHILDERS, and REGINA DIXON,
          Petitioners-Appellants.

_____/

SC: 150755-56
COA: 317007; 317050
Wayne CC: 12-012014-AA;
12-012013-AA

          On order of the Court, the application for leave to appeal the November 25, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2015



Clerk

d0916